UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANIECE BAGBY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL, LLC, BUREAUS INVESTMENT GROUP PORTFOLIO No. 15, and JOHN DOES 1-25.<br><br>Defendants. | Civil Action No. 2:19-cv-00791-JHS |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between counsel for Plaintiff and Defendants that Plaintiff hereby voluntarily dismisses the above-entitled action against Defendants, with prejudice and without attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ SHANNON MILLER                               /s/ ANTRANIG GARIBIAN
_____                        _____
Shannon Miller, Esq.                                   Antranig Garibian, Esq.
MAURICE WUTSCHER, LLP                       GARIBIAN LAW OFFICES, P.C.
10 West Front Street                                   1800 JFK Blvd., Suite 300
Media, PA 19063                                         Philadelphia, PA 19103


**BY THE COURT:**

4/20/2020

/s/Joel H. Slomsky, J.
_____
                                                                     J.